```
 1  JOHN K. VINCENT
    United States Attorney
 2  MARK L. KROTOSKI
    S. ROBERT TICE-RASKIN
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-110
 4  Sacramento, California  95814
    Telephone: (916) 554-2822
 5
```

**FILED**

APR 23 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S  CR.S-02-0160 WBS |
| Plaintiff, ) | VIOLATION: 18 U.S.C. §§ 2, 1344(2) - Bank Fraud; Aiding and Abetting |
| v. ) | |
| JAMES WALKER WATSON, JR., ) | |
| Defendant. ) | |

I N F O R M A T I O N

The United States Attorney charges:

JAMES WALKER WATSON, JR., defendant herein, as follows:

I.  INTRODUCTION

1. Between approximately 1999 and 2001, defendant JAMES WALKER WATSON, JR. served as the principal organizer of the Sacramento Jazz Festival.

2. The Sacramento Jazz Festival used bank accounts at U.S. Bank under the name of Society of Performing Jazz Festivals, Inc.

II.  THE SCHEME TO DEFRAUD

3. Beginning at a time unknown, but not later than on or about June 14, 2001, and continuing thereafter up to and including September 2001, in the State and Eastern District of California,

1

defendant JAMES WALKER WATSON, JR., devised, executed, and attempted to execute, a scheme and artifice to obtain the moneys and funds owned by, and under the custody and control of U.S. Bank, a federally insured financial institution, by means of material false and fraudulent pretenses, representations, and promises. As a result of the scheme, the loss to U.S. Bank is approximately $149,837.24.

### III. WAYS AND MEANS

In furtherance of the scheme and artifice set forth above, defendant JAMES WALKER WATSON, JR. employed, among others, the following ways and means:

4. It was part of the scheme and artifice to defraud that defendant JAMES WALKER WATSON, JR. requested that his mother provide him with three checks totaling $150,000 made payable to the Society of Performing Jazz Festivals, Inc., knowing she did not have sufficient funds in her checking account to cover the checks.

5. It was part of the scheme and artifice to defraud that defendant JAMES WALKER WATSON, JR. deposited the three checks of his mother into U.S. Bank accounts of the Society of Performing Jazz Festivals, Inc., knowing there were insufficient funds to cover the deposited checks.

6. It was part of the scheme and artifice to defraud that defendant JAMES WALKER WATSON, JR. falsely represented to bank officials that there were adequate funds to cover the three checks of his mother which he deposited into the U.S. Bank.

7. It was part of the scheme and artifice to defraud that defendant JAMES WALKER WATSON, JR., after depositing the checks and assuring bank officials that there were adequate funds to cover the

checks, withdrew approximately $150,000 in the form of cashier's checks and cash.

8. It was further a part of the scheme that defendant JAMES WATSON JR. falsely represented to U.S. Bank officials that he would repay the bank with funds he was expecting to receive from pending divorce proceedings between his parents, to prevent or delay bank officials from demanding the money back and/or complaining to law enforcement authorities.

## IV. BANK FRAUD TRANSACTIONS

9. On or about July 13, 2001, for the purposes of executing the scheme and artifice to defraud and attempting to do so, defendant JAMES WALKER WATSON, JR., deposited a check into the U.S. Bank account for the Society of Performing Jazz Festivals, Inc. which was drawn on his mother's Bank of America account in the amount of $60,000. On or about the same date, defendant JAMES WALKER WATSON, JR. withdrew a comparable amount from the U.S. Bank account, all in violation of Title 18, United States Code, Sections 2, 1344(2).

Dated: April 23, 2002

JOHN K. VINCENT
United States Attorney

By: /s/ MARK L. KROTOSKI
MARK L. KROTOSKI
Assistant U.S. Attorney

/s/ S. ROBERT TICE-RASKIN
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney