1  **PAUL N. PURI**
   **ATTORNEY [SBN 225741]**
2  PAUL PURI & ASSOCIATES
   225 Bush Street, 16th Floor
3  San Francisco, California 94104
   Telephone (415) 295-4799
4  Facsimile (415) 295-4798
   Email attorney@paulpuri.com
5
6  Attorney for Defendant,
   JAMES WALKER WATSON
7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | No. **02-00160 WBS** |
| 11           Plaintiff, | |
| 12       vs. | STIPULATION RE: CONTINUANCE OF MOTION TO RECONSIDER MODIFICATION FO RELEASE CONDITIONS; [~~PROPOSED~~] ORDER |
| 13 | |
| 14  JAMES WALKER WATSON, | |
|         Defendant | |

   The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that the motion hearing in the above-entitled matter, presently set for October 20, 2008 may be continued to November 24, 2008 at 8:30 a.m.

   This stipulation is entered into at the request of the defendant as his counsel has a schedule conflict.

   Counsel for Mr. Watson received a message from Mr. Tice-Raskin that he is agreeable to the continuance.

   It is so stipulated.

                              Dated this 17th day of October, 2008

PAUL PURI & ASSOCIATES

STIPULATION RE: CONTINUANCE - 1

1 [as to previous page]

3   /S/
    PAUL N. PURI
4   Attorney for Defendant,
    JAMES WALKER WATSON

6   Dated this 17th day of October, 2008

8   /S/
9   ROBERT TICE-RASKIN
    Assistant U.S. Attorney,
10  Per email authority

PAUL PURI & ASSOCIATES

STIPULATION RE: CONTINUANCE - 2

**ORDER**

Good cause appearing and the parties having stipulated thereto, it is ordered that the Motion to Reconsider Modification of Release Conditions presently set for October 20, 2008 is continued to November 24, 2008 at 8:30 a.m.

It is so ordered.

Date:  November 5, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Alameda. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 255 Bush St, 16th Floor, San Francisco, CA 94104. On August 1, 2008, I served a copy of the document(s) described below:

( X )    [BY MAIL]    By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(  )    [BY OVERNIGHT DELIVERY]    By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(  )    [BY HAND DELIVERY]    By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X )    [BY FACSIMILE TRANSMISSION]    By consigning such a copy to a facsimile operator for transmittal.

**STIPULATION RE: CONTINUANCE [PROPOSED] ORDER**

In the manner identified above on those persons listed below:

**Robert Tice-Raskin**
**Ofc US Attorney**
**501 I St #10-100**
**Sacramento, CA, 95814**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2008 at Oakland, California.

Paul N. Puri