Jeffrey S. Kravitz  (SBN 186209)
KRAVITZ LAW OFFICE
2310 J. Street, Suite A
Sacramento, CA 95816
Ph:  916-553-4072
Fax: 916-553-4074

Attorney for Defendant
James Walker Watson Jr.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES WALKER WATSON, Jr.<br><br>        Defendant, | Case No.: 2:02-cr-00160- WBS-1<br><br>SUBSTITUTION OF ATTORNEY<br><br>And ORDER |

I, JAMES WALKER WATSON, Jr., the defendant in this case hereby requests that this court substitute in attorney Jeffrey S. Kravitz, (SBN 186209) of the Kravitz Law Office, 2310 J. Street, Suite A, Sacramento, CA 95816 as his retained attorney in this case in place of his current retained attorney Paul Puri.

Dated:_____11/19/08_____          By:_/s/ James Watson____
                                                               James Walker Watson, Jr.

I, Jeffrey S. Kravitz, accept this substitution.

Dated:_____11/19/08_____         By:_/s/ Jeff Kravitz_____
                                                                 Jeffrey S. Kravitz

I, Paul Puri, accept this substitution.

Dated:_____11/19/08_____          By:_/s/ Paul Puri____
                                                               Paul Puri

_____
Substitution                                  - 1 -

**ORDER**

1
2     Good cause having been found and upon the request of the defendant the Court hereby
3  orders that Paul Puri. is relieved as attorney of record for the defendant and that Jeffrey S.
4  Kravitz is substituted in as the defendant's retained counsel.
5     The parties shall note the following address for all communication to Mr. Kravitz:

Jeffrey S. Kravitz
KRAVITZ LAW OFFICE
2310 J. Street, Suite A
Sacramento, Ca 95816
Ph# 916-553-4072
Fax: 916-553-4074
e-mail:  KravitzLaw@aol.com

Dated:  November 24, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

_____
Substitution                                      - 2 -